UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICANS FOR PROSPERITY FOUNDATION,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>U.S. DEPARTMENT OF COMMERCE, et al.,<br><br>　　　　　　　Defendants. | Civil Action No. 24-0091 (SLS) |

**JOINT STATUS REPORT**

Pursuant to the Court's December 23, 2025 Minute Order, Plaintiff, Americans for Prosperity Foundation, and Defendants, the Department of Commerce ("Commerce") and the National Institute for Standards and Technology ("NIST") (collectively, "the Parties"), by and through undersigned counsel, respectfully submit the following joint status report of events since the Parties' December 22, 2025 Joint Status Report.

Defendants have reviewed 301 records (5,227 pages) of the universe of 1,754 records (23,715 pages) potentially responsive to Part 2 of Plaintiff's FOIA requests. Defendants released 22 records (231 pages (740 pages without slip sheets replacing withheld records)) on January 30, 2026, with redaction under Exemptions 4, 5 and 6. There are 1,453 records (18,488 pages) remaining for review and potential release. The currently estimated completion date by which these records will be produced is June 30, 2026.

Additionally, in February 2026, Defendants sent consultations to the following agencies – the Bureau of Industry and Security (BIS), National Institute of Standards and Technology (NIST),

Commerce's Office of Inspector General, the Office of Management and Budget, and an executive office not subject to the Freedom of Information Act.

NIST continues to follow up on the status of its consultations and will begin making monthly productions once the processing is complete. NIST and BIS are still completing searches for records responsive to Parts 1 and 3 of Plaintiff's requests. Those searches are still expected to be done by the end of February 2026.

Plaintiff, for its part, raised concerns with Defendants on February 2, 2026, regarding the delineation of records in the initial interim production and noted its likely position with regard to the withholding in full of records. Defendants acknowledged those concerns and, with respect to the former issue, provided further information to Plaintiff in the form of an index.

The Parties respectfully request that they file a joint status report on or before April 7, 2026, apprising the Court of the status of Plaintiff's FOIA requests.

- 3 -

Dated: February 6, 2026

Respectfully submitted,

*/s/ Ryan P. Mulvey*
Ryan P. Mulvey
D.C. Bar No. 1024362
Lee A. Steven
D.C. Bar No. 468543

AMERICANS FOR PROSPERITY FOUNDATION
4201 Wilson Blvd., Suite 1000
Arlington, VA 22203
Telephone: (571) 444-2841
rmulvey@afphq.org
lsteven@afphq.org

*Counsel for Plaintiff*

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Derrick A. Petit*

Derrick A. Petit, D.C. Bar 144466
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-1729
Derrick.Petit@usdoj.gov

*Attorneys for the United States of America*