UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICANS FOR PROSPERITY FOUNDATION,<br><br>              Plaintiff,<br><br>      v.<br><br>U.S. DEPARTMENT OF COMMERCE, et al.,<br><br>              Defendants. | Civil Action No. 24-0091 (SLS) |

**JOINT STATUS REPORT**

Pursuant to the Court's March 10, 2026 Minute Order, Plaintiff, Americans for Prosperity Foundation, and Defendants, the Department of Commerce ("Commerce" or "Agency") and the National Institute for Standards and Technology ("NIST") (collectively, "the Parties"), by and through undersigned counsel, respectfully submit the following joint status report of events since the Parties' March 9, 2026 Joint Status Report.

In its March 10, 2026 Minute Order, the Court ordered:

> Plaintiff to review all remaining documents produced by the Defendants to date by March 31, 2026. After the Plaintiff completes that review, the Court ORDERS the Parties to meet and confer with representatives of the Plaintiff and the agencies present to discuss any disputes and to file a further joint status report by April 14, 2026. That joint status report should update the Court on how many records/pages need to be processed and an expected timeline for processing. It should also include an updated table summarizing all the documents that have been sent for consultation. The table should include the agency that the documents were sent to, the number of pages, the date sent, and the date the documents are expected to be returned from consultation. Finally, the joint status report should detail with specificity any disputes that the Plaintiff has with the documents produced thus far.

- 1 -

The Parties, including Agency representatives, met on April 13 at 11:30 AM via Teams. During the meeting, the Parties discussed Plaintiff's inquiries about the redactions and withholding of two records from the first production and 10 records from the second production of Part 2 of this case.  Plaintiff was satisfied with the records provided in the third interim production. Commerce agreed to provide Plaintiff with further information about the identified records and will continue to work with Plaintiff to resolve any such inquiries going forward in a timely manner. The Parties will continue to meet each month to discuss and facilitate any matters related to this case pursuant to the Court's March 10 Minute Order, or any subsequent order.

### Searches for Parts 1 and 3 of Plaintiff's Requests

NIST and BIS have completed their searches for records responsive to Parts 1 and 3 of Plaintiff's requests.  BIS's search resulted in nine potentially responsive records (120 pages), and BIS is continuing to process these records. NIST has also completed its search and located approximately 400 potentially responsive records and is currently reviewing and processing them. All of NIST's records require multiple consultations with other federal agencies, consistent with 15 C.F.R. § 4.5(b) and/or submitter notifications pursuant to 15 C.F.R. § 4.9 before release. Defendant will provide further information on this processing to Plaintiff as soon as practicable and will continue to include these updates in the parties' discussions and JSRs.

### Processing and Consultations for Part 2 of Plaintiff's Requests

Since the March 9, 2026 JSR, Defendants have reviewed 312 records (4,545 pages) of the universe of 1,142 records (14,466 pages) potentially responsive to Part 2 of Plaintiff's FOIA requests. Defendants released 19 records (46 pages (128 pages without slip sheets replacing withheld records)) on March 31, 2026, asserting Exemptions 5 and/or 6. This production was accompanied by an index containing further information about the exemptions asserted for those

records withheld in full. There are 830 records (9,921 pages) remaining for review and potential release. The currently estimated completion date by which these records will complete internal Commerce review is June 30, 2026.  Due to the number of records that may need consultation outside the Department, the proposed final completion date will depend on when the consultations are completed. Additionally, some records will require multiple consultations, some of which will need to be done consecutively and not concurrently. Commerce will continue to follow up on any outstanding consultations.

Additionally, Defendants have continued to send out additional consultations, as several of the responsive records reviewed for the March production require consultation with one or more agency.  These agencies include the Bureau of Industry and Security (BIS), the National Institute of Standards and Technology (NIST), and an executive office not subject to the Freedom of Information Act.  Below is a table summarizing the documents that have been sent for consultation for Part 2.

| **Consulting Agency** | **Number of Pages** | **Date Sent** | **Expected Completion** |
|---|---|---|---|
| Bureau of Industry and Security (BIS) | 747 – Production 1<br>719 – Production 2 | 2/5/2026 – Production 1<br>3/9/2026 – Production 2 | Partially Completed<br>4/6/2026 – Production 1<br>5/8/2026 – Production 2 |
| National Institute of Standards and Technology (NIST) | 173 – Production 1<br>431 – Production 2 | 2/5/2026 – Production 1<br>3/9/2026 – Production 2 | Completed 3/20/2026 – Production 1<br>5/8/2026 – Production 2 |
| Commerce Office of the Inspector General (DOC OIG) | 6 – Production 1 | 2/4/2026 – Production 1 | Completed 2/5/2026 – Production 1 |

| Consulting Agency | Number of Pages | Date Sent | Expected Completion |
|---|---|---|---|
| Office of Management and Budget (OMB) | 6 – Production 1<br><br>21 – Production 2 | 2/4/2026 – Production 1<br><br>3/9/2026 – Production 2 | 4/6/2026 – Production 1<br><br>5/8/2026 – Production 2 |
| Executive Office not subject to FOIA | 971 – Production 1<br><br>442 – Production 2<br><br>70 – Production 3 | 2/4/2026 – Production 1<br><br>3/9/2026 – Production 2<br><br>4/14/2026 – Production 3 | Completed 2/4/2026 – Production 1<br><br>5/8/2026 – Production 2<br><br>6/15/2026 – Production 3 |

NIST continues to follow up on the status of its consultations as to Part 3 and will continue to include these records in the monthly productions once the processing is complete.

**Plaintiff's Disputes over the Treatment of Responsive Records**

On March 5, 2026, Plaintiff identified ten (10) records from the February 27, 2026 production that it believes were improperly processed. Specifically, Plaintiff challenges Defendant's use of Exemptions 4, 5, and 6, as well as its efforts to reasonably segregate out non-exempt portions for release. Defendant is reviewing those records and will follow up with additional information, as needed.

With respect to Defendant's first interim release in January 2026, Plaintiff previously requested further information about approximately fourteen (14) records that had been withheld in full. Defendant provided further descriptive information about these records on March 9, 2026. Plaintiff reviewed that information and informed Defendants that it still had questions with two of the withheld records. Defendants are working with Plaintiff to provide additional information in an attempt to resolve these issues.

\*      \*      \*

- 4 -

The Parties respectfully request that they file a joint status report on or before May 29, 2026, apprising the Court of the status of Plaintiff's FOIA requests.

Dated:  April 14, 2026 .

Respectfully submitted,

*/s/ Ryan P. Mulvey*
Ryan P. Mulvey
D.C. Bar No. 1024362

AMERICANS FOR PROSPERITY
FOUNDATION
4201 Wilson Blvd., Suite 1000
Arlington, VA 22203
Telephone: (571) 444-2841
rmulvey@afphq.org

*Counsel for Plaintiff*

JEANINE FERRIS PIRRO
United States Attorney

By: *_/s/ Derrick A. Petit_*

Derrick A. Petit, D.C. Bar 144466
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-1729
Derrick.Petit@usdoj.gov

*Attorneys for the United States of America*