UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICANS FOR PROSPERITY FOUNDATION,<br><br>       Plaintiff,<br><br>     v.<br><br>U.S. DEPARTMENT OF COMMERCE, et al.,<br><br>       Defendants. | Civil Action No. 24-0091 (SLS) |

## JOINT STATUS REPORT

Pursuant to the Court's April 15 and May 7, 2026 Minute Orders, Plaintiff, Americans for Prosperity Foundation, and Defendants, the Department of Commerce ("Commerce" or "Agency") and the National Institute for Standards and Technology ("NIST") (collectively, "the Parties"), by and through undersigned counsel, respectfully submit the following joint status report of events since the Parties' April 14, 2026 Joint Status Report.

In its April 15, 2026 Minute Order, the Court ordered the Parties to:

> (1) provide an updated version of the table in the [April 14, 2026] Joint Status Report summarizing the status of external consultations, and (2) detail any issues that the Plaintiff has with the documents produced so far.

Since the last JSR, Defendants have completed their Fourth and Fifth productions to Plaintiff. Plaintiff identified one dispute with the Fourth Production, which Defendants are reviewing. There were no disputes with the Fifth production.

- 1 -

**Searches for Parts 1 and 3 of Plaintiff's Requests**

NIST and BIS have completed their searches for records responsive to Parts 1 and 3 of Plaintiff's requests. BIS's search resulted in nine potentially responsive records (120 pages), and BIS is continuing to process these records. NIST has also completed its search and located approximately 400 potentially responsive records and is currently reviewing and processing them. Many of NIST's records require multiple consultations within the Department and/or with other federal agencies, consistent with 15 C.F.R. § 4.5(b) and/or submitter notifications pursuant to 15 C.F.R. § 4.9 before release. Defendants will provide further information on this processing to Plaintiff as soon as practicable and will continue to include these updates in the parties' discussions and JSRs.

**Processing and Consultations for Part 2 of Plaintiff's Requests**

Since the April 14, 2026 JSR, Defendants have reviewed 613 records (6,938 pages) of the universe of 830 records (9,921 pages) potentially responsive to Part 2 of Plaintiff's FOIA requests. Defendants released 31 records (58 pages (94 pages without slip sheets replacing withheld records)) on April 30, 2026, asserting Exemptions 4, 5, and/or 6; and 13 records (17 pages (106 pages without slip sheets replacing withheld records)) on May 29, 2026, asserting Exemptions 5 and/or 6. These productions were accompanied by indices containing further information about the exemptions asserted for those records withheld in full.

There are 217 records (2,983 pages) remaining for review and potential release. The currently estimated completion date by which these records will complete internal Commerce review is June 30, 2026. Due to the number of records that may need consultation outside the Department, the proposed final completion date will depend on when the consultations are completed. Additionally, some records will require multiple consultations, some of which will

need to be done consecutively and not concurrently. Commerce will continue to follow up on any outstanding consultations.

Additionally, Defendants are preparing to send out additional consultations by June 30, 2026. Below is a table summarizing the documents that have been sent for consultation for Part 2.

| **Consulting Agency** | **Number of Pages** | **Date Sent** | **Expected Completion** |
|---|---|---|---|
| Bureau of Industry and Security (BIS) | 747 – Production 1<br>719 – Production 2 | 2/5/2026 – Production 1<br>3/9/2026 – Production 2 | Partially Completed 4/6/2026 – Production 1 and Production 2 |
| National Institute of Standards and Technology (NIST) | 173 – Production 1<br>431 – Production 2 | 2/5/2026 – Production 1<br>3/9/2026 – Production 2 | Completed 3/20/2026 – Production 1<br>7/8/2026 – Production 2 |
| Commerce Office of the Inspector General (DOC OIG) | 6 – Production 1 | 2/4/2026 – Production 1 | Completed 2/5/2026 – Production 1 |
| Office of Management and Budget (OMB) | 6 – Production 1<br>21 – Production 2 | 2/4/2026 – Production 1<br>3/9/2026 – Production 2 | 7/8/2026 – Production 1<br>7/8/2026 – Production 2 |
| Executive Office not subject to FOIA | 971 – Production 1<br>442 – Production 2<br>70 – Production 3 | 2/4/2026 – Production 1<br>3/9/2026 – Production 2<br>4/14/2026 – Production 3 | Completed 2/4/2026 – Production 1<br>7/8/2026 – Production 2<br>7/8/2026 – Production 3 |

NIST continues to follow up on the status of its consultations as to Part 3 and will continue to include these records in the monthly productions once the processing is complete.

**Plaintiff's Disputes over the Treatment of Responsive Records**

On March 5, 2026, Plaintiff identified ten (10) records from the February 27, 2026 production that it believes were improperly processed. Specifically, Plaintiff challenges Defendant's use of Exemptions 4, 5, and 6, as well as its efforts to reasonably segregate out non-exempt portions for release. Defendant is reviewing those records and will follow up with additional information, as needed.

With respect to Defendant's first interim release in January 2026, Plaintiff previously requested further information about approximately fourteen (14) records that had been withheld in full. Defendant provided further descriptive information about these records on March 9, 2026. Plaintiff reviewed that information and informed Defendants that it still had questions with two of the withheld records. Defendants are working with Plaintiff to provide additional information in an attempt to resolve these issues.

*     *     *

The Parties respectfully request that they file a joint status report on or before August 21, 2026, apprising the Court of the status of Plaintiff's FOIA requests.

Dated: June 22, 2026

Respectfully submitted,

/s/ Ryan P. Mulvey
Ryan P. Mulvey
D.C. Bar No. 1024362

AMERICANS FOR PROSPERITY
FOUNDATION
4201 Wilson Blvd., Suite 1000
Arlington, VA 22203
Telephone: (571) 444-2841
rmulvey@afphq.org

Counsel for Plaintiff

JEANINE FERRIS PIRRO
United States Attorney

By: /s/ Derrick A. Petit

Derrick A. Petit, D.C. Bar 144466
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-1729
Derrick.Petit@usdoj.gov

Attorneys for the United States of America