UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICANS FOR PROSPERITY FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF COMMERCE, et al.,<br><br>Defendants. | Civil Action No. 24-0091 (SLS) |

## CONSENT MOTION FOR EXTENSION OF TIME TO FILE JOINT STATUS REPORT

Pursuant to Federal Rule of Civil Procedure ("Rule") 6(b)(1), Defendants, by and through undersigned counsel, move the Court for an extension of seven days, to August 3, 2026, of the deadline for the parties to file a joint status report in this matter under the Freedom of Information Act ("FOIA").  As grounds for this extension request, Defendants state as follows.

1.      Pursuant to the Court's order dated June 23, 2026, the parties next status report currently is due July 27, 2026, in which the parties are to report on the information specified in that order following a meeting in person between counsel.  With Plaintiff's consent, Defendants seek an extension of that deadline to August 3, 2026.  There is good cause for the requested extension.

2.      The Assistant United States Attorney who has been handling this case has been on extended leave since the beginning of this month and is expected to be on leave through the end of September.  The undersigned is handling this matter while that attorney is on leave, as well as

various other matters on the referenced AUSA's docket, and requires additional time to familiarize himself with this matter, confer with agency counsel and prepare a status report. In addition to the undersigned's supervisory responsibilities, the undersigned also has had numerous other filing deadlines the last several weeks in other cases as well as having multiple deadlines the week of July 27, 2026, and this extension request also takes those deadlines into account.  Finally, counsel for the parties plan to meet in person on Thursday, July 30, 2026, and the agency also plans to make a production by the end of week of July 27, 2026, and the extension will allow the parties to report on that conferral and the anticipated production in the upcoming status report.  Accordingly, Defendants request an extension of the parties' deadline to file a joint status report to August 3, 2026.

3.    Pursuant to Local Rule 7(m), undersigned counsel for Defendants conferred by phone and email with Plaintiff's counsel regarding the relief requested in this motion, and Plaintiff's counsel has advised that he consents to the extension request.

4.    A proposed order is attached.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Jeremy S. Simon*
JEREMY S. SIMON, D.C. BAR #447956
DERRICK A. PETIT D.C. BAR # 144466
Assistant United States Attorneys
601 D. Street, N.W.
Washington, D.C. 20530
(202) 252-2528
Jeremy.Simon@usdoj.gov

*Attorneys for the United States of America*

2