UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICANS FOR PROSPERITY
FOUNDATION,

Plaintiff,

v.                                                    Civil Action No. 24-0091 (SLS)

U.S. DEPARTMENT OF COMMERCE,
et al.,

Defendants.

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants consent motion for extension, and the entire record herein, it is hereby

ORDERED that Defendants' motion is GRANTED, and it is further

ORDERED that the deadline in the Court's order dated June 23, 2026, for the parties to file their next joint status report is extended to, and including, August 3, 2026.

SO ORDERED:

_____                    _____
Date                                 Sparkle L. Sooknanan
                                     United States District Judge