Appendix - Consultation Chart

| Consulting Agency | Number of Pages | Date Sent | Expected Completion |
|---|---|---|---|
| Bureau of Industry and Security | 747 | 2/5/2026 | 4/6/2026 (partially completed); estimated fully completed 8/31/2026 |
|  | 712 | 3/9/2026 | 4/6/2026 (partially completed); estimated fully completed 8/31/2026 |
| National Institute of Standards and Technology | 173 | 2/5/2026 | 3/20/2026 (Completed) |
|  | 431 | 3/9/2026 | 10/3/2026 (Estimated date of completion) |
| Commerce Office of the Inspector General (DOC OIG) | 6 | 2/4/2026 | 2/5/2026 (Completed) |
| Office of Management and Budget | 6 | 2/4/2026 | 10/3/2026 (Estimated date of completion) |
|  | 21 | 3/9/2026 | 10/3/2026 (Estimated date of completion) |
| Executive Office not subject to FOIA | 971 | 2/4/2026 | 2/4/2026 (Completed) |
|  | 442 | 3/9/2026 | 10/3/2026 (Estimated date of completion) |
|  | 70 | 4/14/2026 | 10/3/2026 (Estimated date of completion) |
|  | 150 records | 6/30/2026 | 10/3/2026 (Estimated date of completion) |
| Office of Science and Technology Policy | 55 | 6/30/2026 | 7/23/2026 (Completed) |