Appendix - Consultation Chart
as of September 10, 2026 at 6:00 PM

| Consulting Agency | Number of Pages | Date Sent | Expected Completion |
|---|---|---|---|
| Bureau of Industry and Security | 747 | 2/5/2026 | 4/6/2026 (partially completed); 7/31/2026 (fully completed) |
| | 712 | 3/9/2026 | 4/6/2026 (partially completed); 7/31/2026 (fully completed) |
| | 68 | 8/14/2026 | 9/10/2026 (Completed) |
| National Institute of Standards and Technology | 173 | 2/5/2026 | 3/20/2026 (Completed) |
| | 431 | 3/9/2026 | 10/5/2026 (Estimated date of completion) |
| | 333 | 8/14/2026 | 10/5/2026 (Estimated date of completion) |
| | | | |
| Commerce Office of the Inspector General (DOC OIG) | 6 | 2/4/2026 | 2/5/2026 (Completed) |
| | | | |
| Office of Management and Budget | 6 | 2/4/2026 | 10/5/2026 (Estimated date of completion) |
| | 21 | 3/9/2026 | 10/5/2026 (Estimated date of completion) |
| | 1 | 8/14/2026 | 8/17/2026 (Completed) |
| | | | |
| White House Counsel's Office | 971 | 2/4/2026 | 2/4/2026 (Completed) |
| | 442 | 3/9/2026 | 10/5/2026 (Estimated date of completion) |
| | 70 | 4/14/2026 | 10/5/2026 (Estimated date of completion) |
| | 150 records | 6/30/2026 | 10/5/2026 (Estimated date of completion) |
| | 181 | 8/14/2026 | 10/5/2026 (Estimated date of completion) |
| | | | |
| Office of Science and Technology Policy | 55 | 6/30/2026 | 7/23/2026 (Completed) |
| | 10 | 8/14/2026 | 10/5/2026 (Estimated date of completion) |
| | | | |
| Department of Justice (Civil Rights) | 33 | 8/14/2026 | 10/5/2026 (Estimated date of completion) |
| | | | |
| General Services Administration (GSA) | 55 | 8/14/2026 | 10/5/2026 (Estimated date of completion) |
| | | | |
| International Trade Administration (ITA) | 7 | 8/14/2026 | 10/5/2026 (Estimated date of completion) |
| | | | |
| National Telecommunications and Information Administration (NTIA) | 9 | 8/14/2026 | 10/5/2026 (Estimated date of completion) |
| | | | |
| Department of State | 10 | 8/14/2026 | 10/5/2026 (Estimated date of completion) |
| | | | |
| United States Patent and Trademark Office (USPTO) | 769 | 8/14/2026 | 10/5/2026 (Estimated date of completion) |
| | | | |
| United States Trade and Development Agency (USTDA) | 8 | 8/14/2026 | 10/5/2026 (Estimated date of completion) |
| | | | |
| Council on Environmental Quality (CEQ) | 2 | 8/14/2026 | 10/5/2026 (Estimated date of completion) |
| | | | |
| Submitter Notifications | 54 | 8/26/2026 | 10/5/2026 (Estimated date of completion) |
| | | | |
| Multi-Agency | 56 | 8/14/2026 | Each of these records require consecutive consultation at multiple different agencies so no estimated completion date can be provided at this time. |