UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICANS FOR PROSPERITY FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF COMMERCE, et al,<br><br>Defendant. | Civil Action No. 24-0091 (SLS) |

**DECLARATION OF STEPHANIE M. BOUCHER**

Pursuant to 28 U.S.C. Section 1746, I, Stephanie Boucher, declare under penalty of perjury that the following is true and correct to the best of my knowledge.

1. I currently serve as the Director of the Office of Planning, Evaluation and Management ("OPEM") at the Bureau of Industry and Security ("BIS"), which is a component of the Department of Commerce ("DOC").

2. As the Director of OPEM, I oversee BIS's Freedom of Information Act ("FOIA") functions, including the receipt of FOIA requests directed to BIS, the search for records responsive to said requests, the review of records for portions exempt from production under FOIA, communications with the requesters regarding their FOIA requests, and the production of non-exempt responsive records to the requesters.

3. I am personally familiar with the FOIA consultations that BIS received from the Department of Commerce, to which this declaration pertains. I personally reviewed the records responsive to the consultations.

4. On June 20, 2025, Plaintiff and DOC reached an agreement to limit the responsive

custodians in the records found to be responsive to Part 2 of this litigation to the following individuals: Larry Beat, Don Graves, Jeremy Pelter, Gina Raimondo, and Chris Slevin. This agreement was documented in the attached email from Plaintiff. Nothwithstanding this agreement, DOC subsequently conducted a search of Defendant's records that included the accounts of more custodians than those listed above.

5. On February 5, 2026, DOC sent BIS a consultation volume for review for Part 2 of this litigation totaling 747 pages of records (Consultation 1).

6. On March 9, 2026, DOC sent BIS another consultation volume for review for Part 2 of this litigation totaling 712 pages of records (Consultation 2).

7. After initially reviewing Consultations 1 and 2, together totaling 1,459 pages of records, BIS determined that 98 pages of these records were responsive to the request as only those 98 pages included records to or from the five custodians to which Plaintiff and Defendant had agreed to narrow the request.

8. Specifically, after review of Consultation 1, BIS determined that 75 of the 747 pages of records were responsive, with the remainder lacking responsive custodians. After review of Consultation 2, BIS determined that 23 of the 712 pages were responsive, with the remainder lacking responsive custodians.

9. BIS completed consultations 1 and 2 by July 31, 2026, with recommended redactions (if any) on the 98 responsive pages. By July 31, 2026, Defendant Department of Commerce had produced all responsive records from Consultations 1 and 2 to Plaintiff that did not require additional consultations.

10. As of today, BIS has returned all consultations to the Department of Commerce. The Department is reviewing these responses and may seek additional information from BIS before certain records can be further processed.

Pursuant to 28 U.S.C. § 1746, I hereby affirm under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 10th day of September 2026

STEPHANIE BOUCHER
Digitally signed by STEPHANIE BOUCHER
Date: 2026.09.10 19:50:31 -04'00'

Stephanie M. Boucher
Director, Office of Planning,
Evaluation and Management

---

**From:** Ryan Mulvey [redacted]
**Sent:** Friday, June 20, 2025 1:16 PM
**To:** Petit, Derrick (USADC) [redacted] Thomas Kimbrell [redacted] Lee Steven [redacted]
**Cc:** Bogomolny, Michael (Federal) [redacted]
**Subject:** RE: 24-0091, AFPF v. Commerce - June 27, 2025 JSR Status / New AUSA Introduction

Thanks, Derrick! Appreciate the follow-up from Wednesday afternoon.

The proposed narrowing will work for us.

So, to confirm, we're agreed on using the following keyword searches:

- ((“artificial intelligence” OR “AI”) W/10 (“POTUS” OR “Biden” OR “WH”)) OR (“artificial intelligence” W/10 “White House”)
- (“artificial intelligence” OR “AI”) w/10 [(“Reed” OR “DCOS Reed”) OR (“Tristan Harris”) OR (“Aza Raskin”) OR (“Center for Humane Technology”)]
- (“artificial intelligence” OR “AI”) w/10 (“Defense Production Act” OR “DPA” OR “4555”)
- (“artificial intelligence” OR “AI”) w/10 (“dhs.gov” OR “DHS”)
- (“artificial intelligence” OR “AI”) w/10 (“Barack” OR “Obama”)

And we're also agreed to limiting to the five custodians identified in the FOIA request:

- Larry Beat
- Don Graves
- Jeremy Pelter
- Gina Raimondo
- Chris Slevin

I'll follow up on Monday to confirm priority sequence.

**Ryan P. Mulvey | Senior Policy Counsel**
Americans for Prosperity Foundation
(o) [redacted] / (c) [redacted]