UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICANS FOR PROSPERITY FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF COMMERCE, et al.,<br><br>Defendants. | Civil Action No. 24-0091 (SLS) |

**DECLARATION OF AMY EGAN**

Pursuant to 28 U.S.C. § 1746, I, Amy Egan, declare and state as follows:

1. I am currently the Director, Management and Organization Office (M&O) at the National Institute of Standards and Technology (NIST). NIST is an operating unit of the United States Department of Commerce. My responsibilities include serving as NIST's Freedom of Information Act (FOIA) Officer. I have occupied this position since June 2026, and I was the Acting M&O Director and FOIA Officer since May 2025. My primary duties include management of requests submitted to NIST for records made under the FOIA, 5 U.S.C. § 552. I oversee the intake of requests, tasking and coordination of searches for responsive records, and review of outgoing responses.

2. The statements contained in this declaration are based upon my personal knowledge, upon information provided to me in my official capacity, upon conclusions and determinations reached and made in accordance therewith, and upon my personal involvement with the processing of the request at issue in this litigation submitted by

Americans for Prosperity Foundation (Plaintiff), including the request submitted to NIST which was assigned the following tracking number - DOC-NIST-2024-000037.

3. This Declaration is submitted in support of Defendant's September 10, 2026 court-ordered status report.

4. Previous Joint Status Reports had indicated that Defendant NIST had located approximately 400 records potentially responsive to Parts 1 and 3 of the request. Defendant NIST would like to clarify that the approximately 400 records cover all three parts of the request.

**Parts 1 & 3**

5. For Parts 1 and 3, Defendant NIST located 21 records responsive to this request. On August 31, 2026, Defendant NIST produced one record (two pages), and informed Plaintiff that it was withholding six records in full (40 pages).

6. Defendant NIST has 14 records (111 pages) remaining that are completing internal review for Parts 1 and 3 of the request. Defendant NIST will produce these records that do not require any external consultation on or before October 15, 2026.

**Part 2**

7. On August 31, 2026, Defendant NIST produced two records (9 pages) responsive to Part 2 of the request. Thus, NIST's August 31, 2026 production in total encompassed nine records totaling 51 pages (42 pages applicable to Parts 1 and 3 and nine pages applicable to Part 2).

8. The remainder of the approximately 400 records are primarily responsive to Part 2.

9. This remaining set of records requires consultation with one or more agencies pursuant to 15 C.F.R. § 4.5(b) and/or submitter notifications, consistent with 15 C.F.R. § 4.9. Defendant

NIST is in the process of transmitting the consultations, submitter notifications, and internal Commerce reviews to the interested agencies and parties, however, many documents will need multiple consultations, submitter notifications, as well as internal Commerce reviews that will need to be done consecutively.

10. Defendant NIST stores the potentially responsive records that have not been produced in an internal shared drive.

11. Due to the way that Defendant NIST is storing these records, Defendant NIST must manually review the remaining approximately 400 records in order to provide the Court with the requested information: page count, identification of the agencies or outside parties the records were sent to, date sent, and estimated date of completion. NIST does not maintain the records in a manner where these kinds of statistics can be easily extracted. Therefore, it is physically impossible for NIST to provide this information to the Court as ordered by the deadline set by the Court at the status hearing earlier today.

12. NIST is working to compile the information and can be in a position to provide this information to the Court by Wednesday, September 16, 2026.

Pursuant to 28 U.S.C. § 1746, I hereby affirm under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 10th day of September 2026.

AMY EGAN Digitally signed by AMY EGAN Date: 2026.09.10 18:49:25 -04'00'

Amy Egan