UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICANS FOR PROSPERITY FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF COMMERCE, et al.,<br><br>Defendants. | Civil Action No. 24-0091 (SLS) |

**ERRATA**

Defendants, the Department of Commerce ("Commerce" or "Agency") and the National Institute for Standards and Technology ("NIST") (collectively, "the Parties"), by and through undersigned counsel, attach a corrected version of the consultation chart attached to Defendants' filing on September 10, 2026 (ECF No. 32-1). The corrected chart identifies those line entries that the Court ordered at the hearing on September 10, 2026, to be completed by October 5, 2026.

Dated: September 11, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Jeremy S. Simon*
JEREMY S. SIMON, D.C. Bar 447956
Assistant United States Attorney
Deputy Chief, Civil Division
601 D Street, NW
Washington, DC 20530
(202) 252-2528

*Attorneys for the United States of America*