UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICANS FOR PROSPERITY FONDATION,<br><br>Plaintiff,<br><br>v.<br><br>U.S DEPARTMENT OF COMMERCE, et. al.,<br><br>Defendants. | Civil Action No. 24-0091 (SLS) |

**NOTICE OF SUBSTITUTION OF COUNSEL**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Danielle D. Peraza and remove the appearance of Assistant United States Attorney Jeremy Simon as counsel for Defendants U.S. Department of Commerce, *et al*. in the above-captioned case.

Dated: September 14th, 2026

Respectfully submitted,

By: */s/ Danielle D. Peraza*

DANIELLE D. PERAZA, D.C. Bar # 900938597
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
202-252-7246

*Attorney for the United States of America*