UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICANS FOR PROSPERITY FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF COMMERCE, et al.,<br><br>Defendants. | Civil Action No. 24-0091 (SLS) |

**DEFENDANTS' STATUS REPORT**

Defendants, the Department of Commerce ("Commerce" or "Agency") and the National Institute for Standards and Technology ("NIST") (collectively, "the Defendants"), by and through undersigned counsel, provide the following information that the Court directed Defendants to provide by September 16, 2026 in its September 11, 2026 Minute Order.

**I. Response to September 11, 2026 Minute Order**

In the September 11, 2026 Minute Order, the Court granted NIST additional time to provide the information regarding consultations that the Court had requested at the September 10, 2026 status hearing. That information is attached as Appendix 1. Following NIST's previous productions made to Plaintiff, consolidation of attachments with their parent emails as unified records instead of separate records, and further deduplication efforts, the total number of NIST's outstanding Part 2 records is now understood to be 182 records (738 pages), which had previously been reported as being approximately 400 records before NIST completed its consolidation and deduplication efforts. NIST has previously sent numerous consultations of outstanding Part 2

records to Commerce over the course of their processing of these records, but, in the interest of accuracy, will be re-sending all records requiring Commerce consultation to Commerce by September 21, 2026, to ensure all records are properly reviewed. The Court's September 11, 2026 order separately ordered that "if any records have not yet been internally reviewed and/or sent for consultation," NIST must complete that process by October 16, 2026. Accordingly, the planned re-sending of records falls within the time period set by the Court.

The Court also ordered Defendants to provide a plan regarding its previously-reported 56 pages of multi-agency consultations identified in the updated Part 2 Consultation Chart (ECF No. 33-1) detailing which agencies needed to consult on the documents, which order they will be consulting, and the expected date of completion for each agency. That information is reflected on Appendix 2 to this report. There are 42 total agencies that must consult on these records. Three of these agencies (WHCO, FBI, and OMB) have not had any of the multi-agency records sent to them yet as their consultations must be done consecutively and the earlier consultations for their records, as listed in Appendix 2, have not yet been completed by all prerequisite agencies. All other agencies are either currently consulting on these records or have returned their consultations to the Department. The Department will issue a rolling production of each of these records as soon as all of their required consultations have been completed.

## II. Requests for Clarification

Defendants respectfully request clarification of two aspects of the September 11, 2026 Minute Order, raised now so that Defendants may direct agency resources appropriately.

First, Defendants request clarification as to the deadline for the production of the remaining Part 2 records. The Court's third directive in the September 11, 2026 Minute Order addresses the approximately 400 records that counsel clarified are primarily responsive to Part 2. As to those,

the Court ordered that the process of internal review and submission for consultation must be completed by October 16, 2026 (as referenced in section I above). The Court's fourth directive addresses the remaining Part 2 records and orders Defendant's to produce any non-exempt records "from all agencies" by October 5, 2026, except the multi-agency consultations. Defendants understand that the fourth directive pertains to the Part 2 records listed on the updated consultation chart (ECF No. 33-1) not the NIST records previously categorized under Parts 1 and 3 but now determined to be responsive to Part 2. Defendants request clarification if that understanding is incorrect.

Second, Defendants request clarification as to the impact of the submitter notification process on Defendants' obligation to produce the remaining Part 2 records (i.e., those records identified on the consultation chart at ECF No. 33-1). As Defendants reported in the August 3, 2026, status report (ECF No. 31), no Part 2 records originating from Commerce remain for review and potential release that do not require either consultation or submitter notification before release. Defendants sent 54 pages of submitter notifications on August 26, 2026. The fourth directive of the September 11, 2026 Minute Order orders production of non-exempt records "from all agencies" by October 5, 2026, except the multi-agency consultations. Submitters are not agencies, and the submitter notification deadline on the chart is listed separately from agency consultations. Defendants therefore seek to confirm if the October 5, 2026 deadline set forth in the September 11, 2026 Minute Order is intended to encompass the 54 pages subject to submitter notification. Defendants currently estimate that the submitter notifications will be returned by October 5, 2026, but seek to clarify if the pages subject to the submitter notifications are subject to the October 5, 2026 production deadline.

Dated: September 16, 2026 Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Danielle D. Peraza*
DANIELLE D PERAZA
D.C. Bar No. 900938597
601 D Street, NW
Washington, DC 20530
(202) 252-7246
Danielle.peraza@usdoj.gov

*Attorneys for the United States of America*