Appendix

STATUS OF NIST DOCUMENTS: PART 2: AS OF : September 14, 2026

| Document ID # | Pages (includes any attachments) | Agencies | Date Sent | Date Expected |
|---|---|---|---|---|
| 1 | 16 | DOC | By 9/21/2026 | 10/16/2026 |
| 2 | 4 | NIST (internal) | 9/8/2026 | 9/30/2026 |
| 3 | 2 | NIST (internal) | 9/8/2026 | 9/30/2026 |
| 4 | 2 | NIST+WH EOP | Sent to NIST 9/14/2026, will be sent to WH once completed by NIST | 9/30/2026 (for NIST) |
| 5 | 4 | NIST+WH EOP | Sent to NIST 9/14/2026, will be sent to WH once completed by NIST | 9/30/2026 (for NIST) |
| 6 | 2 | NIST (internal) | 9/8/2026 | 9/30/2026 |
| 7 | 4 | DOC | By 9/21/2026 | 10/16/2026 |
| 8 | 3 | DOC | By 9/21/2026 | 10/16/2026 |
| 9 | 2 | DOC | By 9/21/2026 | 10/16/2026 |
| 10 | 4 | DOC | By 9/21/2026 | 10/16/2026 |
| 11 | 2 | NIST (internal) | 9/8/2026 | 9/30/2026 |
| 12 | 3 | NIST (internal) | 9/8/2026 | 9/30/2026 |
| 13 | 4 | DOC | By 9/21/2026 | 10/16/2026 |
| 14 | 11 | NIST (internal) | By 9/18/2026 | 10/16/2026 |
| 15 | 5 | NIST (internal) | 9/8/2026 | 9/30/2026 |
| 16 | 1 | NIST (internal) | 9/8/2026 | 9/30/2016 |
| 17 | 2 | NIST (internal) | 9/8/2026 | 9/30/2026 |
| 18 | 3 | NIST (internal) | 9/8/2026 | 9/30/2026 |
| 19 | 2 | NIST (internal) | 9/8/2026 | 9/30/2026 |
| 20 | 4 | NIST (internal) | 9/8/2026 | 9/30/2026 |
| 21 | 8 | DOC | By 9/21/2026 | 10/16/2026 |
| 22 | 2 | NIST (internal) | 9/8/2026 | 9/30/2026 |
| 23 | 2 | NIST (internal) | By 9/18/2026 | 10/16/2026 |
| 24 | 2 | NIST (internal) | By 9/18/2026 | 10/16/2026 |
| 25 | 4 | DOC | By 9/21/2026 | 10/16/2026 |
| 26 | 11 | NIST (internal) | By 9/18/2026 | 10/16/2026 |
| 27 | 5 | DOC | By 9/21/2026 | 10/16/2026 |
| 28 | 2 | NIST (internal) | By 9/18/2026 | 10/16/2026 |
| 29 | 4 | NIST (internal) | 9/8/2026 | 9/30/2026 |
| 30 | 11 | NIST (internal) | 9/8/2026 | 9/30/2026 |
| 31 | 5 | NIST (internal) | 9/8/2026 | 9/30/2026 |
| 32 | 4 | DOC | By 9/21/2026 | 10/16/2026 |
| 33 | 3 | NIST (internal) | 9/8/2026 | 9/30/2026 |
| 34 | 3 | NIST (internal) | 9/8/2026 | 9/30/2026 |
| 35 | 3 | NIST (internal) | 9/8/2026 | 9/30/2026 |
| 36 | 4 | NIST (internal) | 9/8/2026 | 9/30/2026 |
| 37 | 2 | NIST (internal) | 9/8/2026 | 9/30/2026 |
| 38 | 2 | NIST (internal) | 9/8/2026 | 9/30/2026 |
| 39 | 2 | NIST (internal) | 9/8/2026 | 9/30/2026 |
| 40 | 3 | NIST (internal) | 9/8/2026 | 9/30/2026 |
| 41 | 3 | NIST (internal) | 9/8/2026 | 9/30/2026 |
| 42 | 4 | NIST (internal) | 9/8/2026 | 9/30/2026 |
| 43 | 4 | NIST (internal) | By 9/18/2026 | 10/16/2026 |
| 44 | 5 | NIST (internal) | 9/8/2026 | 9/30/2026 |
| 45 | 4 | NIST (internal) | 9/8/2026 | 9/30/2026 |
| 46 | 1 | DOC | By 9/21/2026 | 10/16/2026 |
| 47 | 3 | NIST (internal) | 9/8/2026 | 9/30/2026 |
| 48 | 2 | NIST (internal) | 9/8/2026 | 9/30/2026 |
| 49 | 2 | NIST (internal) | 9/8/2026 | 9/30/2026 |
| 50 | 5 | NIST (internal) | 9/8/2026 | 9/30/2026 |
| 51 | 8 | NIST (internal) | 9/8/2026 | 9/30/2026 |
| 52 | 13 | DOC | By 9/21/2026 | 10/16/2026 |
| 53 | 18 | DOC | By 9/21/2026 | 10/16/2026 |
| 54 | 2 | DOC | By 9/21/2026 | 10/16/2026 |
| 55 | 4 | DOC | By 9/21/2026 | 10/16/2026 |
| 56 | 8 | DOC | By 9/21/2026 | 10/16/2026 |
| 57 | 3 | DOC | By 9/21/2026 | 10/16/2026 |
| 58 | 4 | EU-US Trade and Technology Council | By 9/30/2026 | 10/16/2026 |
| 59 | 1 | WH EOP | By 9/21/2026 | 10/14/2026 |
| 60 | 6 | NIST+ITA+WH EOP | ITA completed and sent to NIST 8/25/2025, will be sent to WH upon NIST completion | 9/30/2026 (for NIST) |
| 61 | 5 | GSA+DOJ+WH EOP | Sent to GSA 9/9/2026, will be sent to DOJ and then EOP upon GSA completion | 10/1/2026 (GSA) |
| 62 | 20 | NIST (internal) | By 9/18/2026 | 10/16/2026 |
| 63 | 2 | ITA+NIST | ITA completed and sent to NIST 8/25/2025 | 10/16/2026 |
| 64 | 1 | OSTP | 9/14/2026 | 10/14/2026 |
| 65 | 3 | OSTP | 9/14/2026 | 10/14/2026 |
| A final determination was reached on Document ID 66 as part of interim production to plaintiff on 8/31. This record is no longer outstanding but is being left in this list for control number continuity purposes. | | | | |
| 67 | 1 | DOC | By 9/21/2026 | 10/16/2026 |
| 68 | 2 | DOC | By 9/21/2026 | 10/16/2026 |
| 69 | 4 | DOC | By 9/21/2026 | 10/16/2026 |
| 70 | 5 | DOC | By 9/21/2026 | 10/16/2026 |
| 71 | 6 | DOC | By 9/21/2026 | 10/16/2026 |
| 72 | 3 | DOC | By 9/21/2026 | 10/16/2026 |
| 73 | 3 | DOC | By 9/21/2026 | 10/16/2026 |
| 74 | 3 | DOC | By 9/21/2026 | 10/16/2026 |
| 75 | 7 | DOC | By 9/21/2026 | 10/16/2026 |
| 76 | 1 | DOC | By 9/21/2026 | 10/16/2026 |
| 77 | 3 | DOC | By 9/21/2026 | 10/16/2026 |
| 78 | 1 | DOC | By 9/21/2026 | 10/16/2026 |
| 79 | 6 | DOC | By 9/21/2026 | 10/16/2026 |
| 80 | 6 | DOC | By 9/21/2026 | 10/16/2026 |
| 81 | 3 | DOC | By 9/21/2026 | 10/16/2026 |
| 82 | 1 | DOC | By 9/21/2026 | 10/16/2026 |
| 83 | 7 | DOC | By 9/21/2026 | 10/16/2026 |
| 84 | 6 | DOC | By 9/21/2026 | 10/16/2026 |
| 85 | 5 | DOC | By 9/21/2026 | 10/16/2026 |
| 86 | 9 | DOC | By 9/21/2026 | 10/16/2026 |
| 87 | 2 | DOC | By 9/21/2026 | 10/16/2026 |
| 88 | 2 | DOC | By 9/21/2026 | 10/16/2026 |
| 89 | 2 | DOC | By 9/21/2026 | 10/16/2026 |
| 90 | 3 | DOC | By 9/21/2026 | 10/16/2026 |
| 91 | 2 | DOC | By 9/21/2026 | 10/16/2026 |
| 92 | 2 | DOC | By 9/21/2026 | 10/16/2026 |
| 93 | 3 | DOC | By 9/21/2026 | 10/16/2026 |
| 94 | 3 | DOC | By 9/21/2026 | 10/16/2026 |
| 95 | 1 | DOC | By 9/21/2026 | 10/16/2026 |
| 96 | 6 | DOC | By 9/21/2026 | 10/16/2026 |
| 97 | 3 | DOC | By 9/21/2026 | 10/16/2026 |
| 98 | 3 | NIST (internal) | 9/8/2026 | 9/30/2026 |
| 99 | 3 | NIST (internal) | 9/8/2026 | 9/30/2026 |
| 100 | 2 | USPTO | By 9/21/2026 | 10/16/2026 |
| 101 | 1 | DOC | By 9/21/2026 | 10/16/2026 |
| 102 | 2 | DOC | By 9/21/2026 | 10/16/2026 |
| 103 | 2 | DOC | By 9/21/2026 | 10/16/2026 |
| 104 | 1 | DOC | By 9/21/2026 | 10/16/2026 |
| 105 | 4 | WH EOP | By 9/21/2026 | 10/15/2026 |
| 106 | 4 | WH EOP | By 9/21/2026 | 10/15/2026 |
| 107 | 3 | WH EOP | By 9/21/2026 | 10/15/2026 |
| 108 | 2 | NIST (internal) | 9/8/2026 | 9/30/2026 |
| 109 | 2 | WH EOP | By 9/21/2026 | 10/15/2026 |
| 110 | 4 | NIST (internal) | 9/8/2026 | 9/30/2026 |
| 111 | 2 | Submitter Notification | requester narrowed scope - identify topic for responsiveness | |

Appendix

STATUS OF NIST DOCUMENTS: PART 2: AS OF : September 14, 2026

| | | | | |
|---|---|---|---|---|
| 112 | 2 | Submitter Notification | requester narrowed scope - identify topic for responsiveness | |
| 113 | 23 | DOC | By 9/21/2026 | 10/16/2026 |
| 114 | 7 | DOC | By 9/21/2026 | 10/16/2026 |
| 115 | 5 | DOC | By 9/21/2026 | 10/16/2026 |
| 116 | 4 | DOC | By 9/21/2026 | 10/16/2026 |
| 117 | 10 | WH EOP | By 9/21/2026 | 10/15/2026 |
| 118 | 4 | DOC | By 9/21/2026 | 10/16/2026 |
| 119 | 2 | DOC | By 9/21/2026 | 10/16/2026 |
| 120 | 3 | DOC | By 9/21/2026 | 10/16/2026 |
| 121 | 9 | DOC | By 9/21/2026 | 10/16/2026 |
| 122 | 1 | DOC | By 9/21/2026 | 10/16/2026 |
| 123 | 1 | NIST (internal) | 9/8/2026 | 9/30/2026 |
| 124 | 4 | DOC | By 9/21/2026 | 10/16/2026 |
| 125 | 4 | PIF | By 9/21/2026 | 10/15/2026 |
| 126 | 25 | DOC+WH EOP | Will send to DOC by 9/21/2026, will be sent to WH once completed by DOC | 10/16/2026 (for DOC) |
| 127 | 2 | NIST (internal) | 9/8/2026 | 9/30/2026 |
| 128 | 6 | State, House of Reps | By 9/21/2026 | 10/1/2026 |
| 129 | 1 | Submitter Notification | requester narrowed scope - identify topic for responsiveness | |
| 130 | 1 | Submitter Notification | requester narrowed scope - identify topic for responsiveness | |
| 131 | 1 | Submitter Notification | requester narrowed scope - identify topic for responsiveness | |
| 132 | 3 | Submitter Notification | requester narrowed scope - identify topic for responsiveness | |
| 133 | 2 | OSTP / EOP | By 9/21/2026 | 10/15/2026 |
| 134 | 4 | NIST (internal) | 9/8/2026 | 9/30/2026 |
| 135 | 3 | NIST (internal) | 9/8/2026 | 9/30/2026 |
| 136 | 3 | NIST (internal) | 9/8/2026 | 9/30/2026 |
| 137 | 4 | NOAA+DOC | By 9/21/2026 | 10/16/2026 |
| 138 | 1 | DOC | By 9/21/2026 | 10/16/2026 |
| 139 | 3 | NIST (internal) | 9/8/2026 | 9/30/2026 |
| 140 | 3 | NIST (internal) | 9/8/2026 | 9/30/2026 |
| 141 | 2 | NIST (internal) | 9/8/2026 | 9/30/2026 |
| 142 | 2 | NIST (internal) | 9/8/2026 | 9/30/2026 |
| 143 | 1 | USPTO | By 9/21/2026 | 10/16/2026 |
| 144 | 8 | NIST (internal) | 9/8/2026 | 9/30/2026 |
| 145 | 2 | NIST (internal) | 9/8/2026 | 9/30/2026 |
| 146 | 2 | NIST (internal) | 9/8/2026 | 9/30/2026 |
| 147 | 3 | NIST (internal) | 9/8/2026 | 9/30/2026 |
| 148 | 6 | WH EOP+NSC+OSTP | By 9/21/2026 | 10/15/2026 |
| 149 | 4 | OSTP / EOP | By 9/21/2026 | 10/15/2026 |
| 150 | 13 | WH EOP | By 9/21/2026 | 10/15/2026 |
| 151 | 2 | NIST (internal) | By 9/18/2026 | 10/16/2026 |
| 152 | 1 | NIST (internal) | By 9/18/2026 | 10/16/2026 |
| 153 | 3 | NIST (internal) | By 9/18/2026 | 10/16/2026 |
| 154 | 7 | NIST (internal) | By 9/18/2026 | 10/16/2026 |
| 155 | 7 | NIST (internal) | By 9/18/2026 | 10/16/2026 |
| 156 | 3 | NIST (internal) | By 9/18/2026 | 10/16/2026 |
| 157 | 8 | NIST (internal) | By 9/18/2026 | 10/16/2026 |
| 158 | 2 | NIST (internal) | By 9/18/2026 | 10/16/2026 |
| 159 | 1 | NIST (internal) | By 9/18/2026 | 10/16/2026 |
| 160 | 7 | NIST (internal) | By 9/18/2026 | 10/16/2026 |
| 161 | 2 | NIST (internal) | By 9/18/2026 | 10/16/2026 |
| 162 | 10 | Submitter Notification | requester narrowed scope - identify topic for responsiveness | |
| 163 | 1 | NIST (internal) | By 9/21/2026 | 10/16/2026 |
| 164 | 2 | NIST (internal) | By 9/21/2026 | 10/16/2026 |
| 165 | 4 | WH EOP | By 9/21/2026 | 10/15/2026 |
| 166 | 7 | WH EOP | By 9/21/2026 | 10/15/2026 |
| 167 | 2 | OSTP / EOP | By 9/21/2026 | 10/15/2026 |
| 168 | 2 | WH EOP | By 9/21/2026 | 10/15/2026 |
| 169 | 4 | WH EOP | By 9/21/2026 | 10/15/2026 |
| 170 | 3 | Submitter Notification | requester narrowed scope - identify topic for responsiveness | |
| 171 | 2 | NIST (internal) | 9/8/2026 | 9/30/2026 |
| 172 | 2 | NIST (internal) | 9/8/2026 | 9/30/2026 |
| 173 | 6 | NIST (internal) | 9/8/2026 | 9/30/2026 |
| 174 | 6 | NIST (internal) | 9/8/2026 | 9/30/2026 |
| 175 | 1 | WH EOP | By 9/21/2026 | 10/15/2026 |
| 176 | 4 | WH EOP | By 9/21/2026 | 10/15/2026 |
| 177 | 2 | WH EOP | By 9/21/2026 | 10/15/2026 |
| 178 | 2 | WH EOP | By 9/21/2026 | 10/15/2026 |
| 179 | 1 | WH EOP | By 9/21/2026 | 10/15/2026 |
| 180 | 2 | WH EOP | By 9/21/2026 | 10/15/2026 |
| 181 | 3 | DOC | By 9/21/2026 | 10/16/2026 |
| 182 | 3 | DOC | By 9/21/2026 | 10/16/2026 |
| 183 | 3 | DOC | By 9/21/2026 | 10/16/2026 |