Appendix

DOC Part 2 Multi-Agency Consultations Information

as of September 16, 2026

| Agency | Number of Pages for Review (out of 56) | Date Consultation Initiated | Date Consultation Completed or Estimated Date of Completion |
|---|---|---|---|
| CFPB | 39 | 8.14.26 | 8.24.26 |
| CFTC | 8 | 8.14.26 | 8.19.26 |
| CPSC | 2 | 8.14.26 | 9.3.26 |
| DHS | 56 | 8.14.26 | 8.24.26 |
| DOE | 37 | 8.14.26 | 8.20.26 |
| DOI | 39 | 8.14.26 | 8.25.26 |
| DOJ | 56 | 8.14.26 | 9.30.26 |
| DOL | 39 | 8.14.26 | 8.25.26 |
| DOT | 33 | 8.14.26 | 8.21.26 |
| DOW | 12 | 8.14.26 | 9.30.26 |
| ED | 35 | 8.14.26 | 9.30.26 |
| EEOC | 4 | 8.14.26 | 9.30.26 |
| EOP (WHCO) | 8 | Will be sent as soon as prerequisite consultations for these pages are completed: DHS, DOJ, STATE, DOW, USDA, CFPB, UCIA, DOE, DOI, DOL, DOT, ED, EEOC, EPA, FCC, FDIC, FRB, FINCEN, FTC, GSA, HUD, HHS, NASA, NSF, ODNI, OPM, PCLOB, SBA, SSA, TREASURY, USAID, VA | 10.30.26 |
| EPA | 4 | 8.14.26 | 9.30.26 |
| FBI | 2 | Will be sent as soon as prerequisite consultations for these pages are completed: UCIA, DHS, DOW, DOJ, DOE, STATE, TREASURY, USAID, VA, OPM, ODNI | 10.30.26 |
| FCA | 13 | 8.14.26 | 9.30.26 |
| FCC | 2 | 8.14.26 | 9.30.26 |
| FDIC | 2 | 8.14.26 | 9.30.26 |
| FINCEN | 2 | 8.14.26 | 8.18.26 |
| FRB | 2 | 8.14.26 | 9.30.26 |
| FTC | 2 | 8.14.26 | 9.30.26 |
| GSA | 19 | 8.14.26 | 9.30.26 |
| HHS | 37 | 8.14.26 | 9.30.26 |
| HRSA | 4 | 8.14.26 | 9.30.26 |
| HUD | 35 | 8.14.26 | 9.10.26 |
| NASA | 2 | 8.14.26 | 9.30.26 |
| NIH | 2 | 8.14.26 | 9.30.26 |
| NSF | 4 | 8.14.26 | 9.30.26 |
| ODNI | 6 | 8.14.27 | 9.16.26 |
| OMB | 6 | Will be sent as soon as prerequisite consultations for these pages are completed: DHS, DOJ, STATE, DOW, USDA, CFPB, UCIA, DOE, DOI, DOL, DOT, ED, EEOC, EPA, FCC, FDIC, FRB, FINCEN, FTC, GSA, HUD, HHS, NASA, NSF, ODNI, OPM, PCLOB, SBA, SSA, TREASURY, USAID, VA | 10.30.26 |
| OPM | 6 | 8.14.26 | 9.30.26 |
| PCLOB | 2 | 8.14.26 | 9.30.26 |
| SBA | 2 | 8.14.26 | 8.14.26 |
| SEC | 56 | 8.14.26 | 8.27.26 |
| SSA | 56 | 8.14.26 | 9.30.26 |
| STATE | 10 | 8.14.26 | 9.30.26 |
| TREAS | 37 | 8.14.26 | 8.26.26 |
| UCIA | 6 | 8.14.26 | 9.30.26 |
| USAID | 4 | 8.14.26 | 9.30.26 |
| USDA | 6 | 8.14.26 | 8.18.26 |
| USTDA | 8 | 8.14.26 | 8.17.26 |
| VA | 9 | 8.14.26 | 8.17.26 |